UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-09128-RGK-JDE | Date | January 6, 2020 |
|---|---|---|---|
| Title | Veronica Mathias v. BEECHGATE, LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 3, 2020, defendant BEECHGATE, LLC filed a motion to dismiss [16]. Defendant shall show cause in writing, on or before January 13, 2020, why the motion should not be stricken as untimely. Defendant's response to the complaint was due December 20, 2019.

**IT IS SO ORDERED.**

: 

Initials of Preparer   slw